

# UNITED STATES DISTRICT COURT

for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with four e-mail accounts identified as<br>UNITEDFORCESENTERPRISES@GMAIL.COM,<br>darindowdjr@gmail.com, a.elilazar@gmail.com, and<br>ATYPTC@gmail.com stored at the premises controlled by Google, LLC | ) ) ) ) ) ) ) Case No. **21-M-495 (SCD)** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Eastern    District of    Wisconsin   
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    11-17-21    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. Stephen C. Dries   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    11-3-21. 4:40 pm   

*Judge's signature*

City and state:    Milwaukee, WI             Hon. Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>21-M-495 772120-21-0084 | Date and time warrant executed:<br>11-3-2021 5:30PM | Copy of warrant and inventory left with:<br>Google LLC |
| Inventory made in the presence of :<br>ATF Special Agent Alex Erlien | | |

Inventory of the property taken and name(s) of any person(s) seized:

Emails, photos, contact lists, list of I.P addresses, notes, various documents associated with United Forces Enterprises, and other electronic information associated with Google Search Warrant returns

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/13/2023

*Executing officer's signature*

ATF Special Agent Richard Connors

*Printed name and title*

## ATTACHMENT A
**Property to Be Searched**

This warrant applies to any Google, LLC account linked to the email addresses

- UNITEDFORCESENTERPRISES@GMAIL.COM
- darindowdjr@gmail.com
- a.elilazar@gmail.com
- ATYPTC@gmail.com

that is stored at premises owned, maintained, or operated by Google, LLC, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043 for the purpose of information described in Attachment B.

# ATTACHMENT B
## Particular Things to be Seized

1.  Information to be disclosed by Google, LLC ("Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Google, or has been preserved (reference number 6262734) pursuant to a request made under 18 U.S.C. § 2703(f) on July 21, 2021, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A from 01/01/2021 to the present:

All records contained within any Google, LLC account linked to the email addresses

- UNITEDFORCESENTERPRISES@GMAIL.COM
- darindowdjr@gmail.com
- a.elilazar@gmail.com
- ATYPTC@gmail.com

described in Attachment A that relate to violations of 18 U.S.C § 371 (Conspiracy); 18 U.S.C. 922(l) (Illegal Import of Ammunition); 18 U.S.C § 542 (Entry of Goods by Means of False Statements); and 18 U.S.C § 545 (Smuggling), that include:

  a. The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the

source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. The types of service utilized;

d. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken; and

f. For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored;

g. Lists of contacts between Jacob DOWD, Darin DOWD, Jason WIEDENHOEFT, Eli LAZAR, and James COMPSTON and any identifying information;

h. Photographs, videos, or other media storage connected to firearms and ammunition;

i. Types, amounts, and prices of firearms and ammunition purchased/sold;

j. Any information related to the import of ammunition

k. Any information related to sources or purchasers of firearms and ammunition (including names, addresses, phone numbers, or any other identifying information);

l. Any information recording Jacob DOWD, Darin DOWD, Jason WIEDENHOEFT, Eli LAZAR, and James COMPSTON schedule or travel from 01/01/2021 to the present;

m. Any information regarding PayPal transactions between Jacob DOWD, Darin DOWD, Jason WIEDENHOEFT, Eli LAZAR, and James COMPSTON from 01/01/2021 to the present;

n. All bank records, checks, credit card bills, account information, and other financial records related to firearms commerce.

o. The Provider is hereby ordered to disclose the above information to the government within 14 DAYS of the issuance of this warrant.